
JDM: USAO#2017R000721

2017 DEC 21 PM 3: 51

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. RDB-17-0676 |
| ) | |
| LAMONT DEMORY, ) | (Conspiracy To Distribute And Possess |
| ) | With Intent To Distribute Heroin, 21 |
| CLARENCE A. LEWIS, JR., ) | U.S.C. § 846; Possession With Intent To |
| ) | Distribute Fentanyl, 21 U.S.C. § 841; |
| ANDRE W. EVANS, ) | Felon In Possession Of Firearm And |
| ) | Ammunition, 18 U.S.C. § 922(g); |
| Defendants. ) | Forfeiture) |

## INDICTMENT

### COUNT 1
(Conspiracy To Distribute And Possess With Intent To Distribute Heroin)

The Grand Jury for the District of Maryland charges that:

From in or about June 2017 until in or about the date of this Indictment, in the District of Maryland, and elsewhere, the defendants

**LAMONT DEMORY**
**CLARENCE A. LEWIS, JR.**
**ANDRE W. EVANS**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. §§ 841, 846.

## COUNT 2
### (Possession With Intent To Distribute Fentanyl)

The Grand Jury for the District of Maryland charges that:

From in or about June 2017 until in or about the date of this Indictment, in the District of Maryland, and elsewhere, the defendants

**LAMONT DEMORY**
**CLARENCE A. LEWIS, JR.**
**ANDRE W. EVANS**

knowingly and willfully possessed, with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 841; 18 U.S.C. § 2.

## COUNT 3
### (Felon In Possession Of Firearm And Ammunition)

The Grand Jury for the District of Maryland charges that:

On or about December 13, 2017, in the District of Maryland, the defendant

## CLARENCE A. LEWIS, JR.

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, one Smith & Wesson .32 caliber revolver, and ammunition, in violation of Title 18, United States Code, Section 922(g).

18 U.S.C. § 922(g).

## FORFEITURE ALLEGATIONS

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant(s) that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461 in the event of the defendant(s)'s convictions under Counts 1-2 of this Indictment.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants,

**LAMONT DEMORY**
**CLARENCE A. LEWIS, JR.**
**ANDRE W. EVANS**

shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

3. As a result of the offense listed in Count Three of the Indictment, the defendant

**CLARENCE A. LEWIS, JR.**

shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code 924(d), the firearm and ammunition involved in the commission of the offense, to wit: one Smith & Wesson .32 caliber revolver, and ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2(a)

*Stephen M. Schenning*
STEPHEN M. SCHENNING
ACTING UNITED STATES ATTORNEY

A TRUE BILL:

12/21/17
Date

**SIGNATURE REDACTED**
Foreperson